Katherine B. WARREN, Appellant,

v.

CHAMPION ENTERPRISES, INC.; Champion Eastern District of Missouri. Home Builders Company, doing business as Champion Homes of Tennessee, Appellees.

No. 05–4059.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 31, 2006.

Filed: Nov. 1, 2006.

John E. Toma, Jr., Melissa M. Zensen, Toma & Zensen, argued, St. Louis, MO, for Appellant.

William S. Thomas, Jennifer R. Hargis, Rabbitt & Pitzer, argued, St. Louis, MO, for Appellees.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Katherine B. Warren appeals from the district court's[1] entry of summary judgment in favor of defendants in her personal injury action. The district court held that Warren failed to raise genuine issues of material fact supporting her contention that the "unsound mind" provision of Tennessee's tolling statute excused her failure to file within the one-year statute of limitations. See Tenn.Code Ann. § 28–1–106.

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

Having carefully reviewed the record de novo, see Jacob–Mua v. Veneman, 289 F.3d 517, 520 (8th Cir.2002), we find the district court's analysis to be correct, thorough, and well-reasoned. Accordingly, we affirm. See 8th Cir. R. 47B.